IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB TOWNLEY HERNANDEZ,<br><br>    Petitioner,<br><br>vs.<br><br>R. T. C. GROUNDS, Warden,<br><br>    Respondent. | No.   C 14-1605 JSW (PR)<br><br>**ORDER GRANTING MOTION TO CONTINUE STAY**<br><br>(Dkt. 18) |

Petitioner, a prisoner of the State of California proceeding pro se, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the constitutionality of his state court conviction. Good cause appearing, Petitioner's motion to continue the stay of this case until his petition for a writ of certiorari to the United States Supreme Court from the California Supreme Court's denial of his habeas petition is GRANTED.

Petitioner **must** notify this Court within thirty days after the petition for a writ of certiorari has been decided. The Order dated December 17, 2014, remains in effect to the extent it is not contradicted by this Order.

IT IS SO ORDERED.

DATED: May 26, 2015

                                            JEFFREY S. WHITE<br>                                            United States District Judge