IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB TOWNLEY HERNANDEZ,<br><br>      Petitioner,<br><br>  vs.<br><br>R. T. C. GROUNDS, Warden,<br><br>      Respondent. | No.   C 14-1605 JSW (PR)<br><br>**ORDER GRANTING IN PART MOTION TO PERMIT PETITIONER TO SHARE EXHIBITS**<br><br>(Dkt. 25) |

     Petitioner, a prisoner of the State of California proceeding pro se, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the constitutionality of his state court conviction. Petitioner moved for an order directing Respondent to serve him with a copy of exhibits MM and OO.  He has filed a motion indicating that those exhibits were served on him.  He has now filed a motion requesting permission to "discuss and share those documents with witnesses, an investigator, and any counsel." The Court presumes that Respondent does not object to this because Respondent lodged the exhibits with Court without moving to seal them, and he did not object to serving them upon Petitioner.  If Respondent objects to Petitioner now sharing the exhibits with others, Respondent shall file an opposition to the motion by **September 10, 2015**.  If no opposition is filed by that date, Petitioner may share the exhibits with others.  Petitioner's

1  motion (Dkt. No. 25) is GRANTED IN PART.
2       IT IS SO ORDERED.
3  DATED:  September 1, 2015

4                                         JEFFREY S. WHITE
                                          United States District Judge

2