IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACOB TOWNLEY HERNANDEZ, | ) | No.   C 14-1605 JSW (PR) |
| Petitioner, | ) ) | **ORDER GRANTING EXTENSION OF TIME TO FILE SECOND AMENDED PETITION AND EXTENSION OF TIME TO ANSWER; DENYING MOTION FOR APPOINTMENT OF COUNSEL** |
| vs. | ) ) ) ) | |
| R. T. C. GROUNDS, Warden, | ) ) | |
| Respondent. | ) ) ) | (Dkt. 28-30) |

    Petitioner, a prisoner of the State of California proceeding pro se, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the constitutionality of his state court conviction. Good cause appearing, Petitioner's motion for an extension of time to file a second amended petition (dkt. 29) is GRANTED, to and including **January 21, 2016**. Respondent's motion for an extension of time to file an answer or responsive pleading (dkt. 30) is also GRANTED, to and including **February 22, 2016**. Petitioner's renewed motion for appointment of counsel (dkt. 28) is DENIED because Petitioner is capable of presenting his claims on his own, and the circumstances of this case do not necessitate such appointment at this time.

    All provisions of the order to show cause dated July 30, 2015, remain in effect to the extent they are not changed by this order.

    IT IS SO ORDERED.

DATED: December 29, 2015

                                                    JEFFREY S. WHITE
                                                    United States District Judge