IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB TOWNLEY HERNANDEZ,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>R. T. C. GROUNDS, Warden,<br><br>　　　　Respondent. | No.   C 14-1605 JSW (PR)<br><br>***AMENDED* ORDER GRANTING EXTENSION OF TIME**<br><br>(Dkt. 42) |

Good cause appearing, Petitioner's request for an extension of time, to and including April 20, 2016, in which to file a traverse is GRANTED. The prior order granting Petitioner's request for an extension of time (ECF No. 44) is in error and is hereby VACATED.

IT IS SO ORDERED.

DATED: May 24, 2016

　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　United States District Judge